UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on August 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Eileen Gwynn,

Debtor

Case No.: __16-29106__

Chapter: __13__

Judge: __ABA__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 3, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  February 28, 2017  :

Property:  326 Cemetery Road, Mount Laurel, NJ  08054

Creditor:  Wells Fargo Bank now transferred to BSI Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by  the debtor , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by  _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  11/01/2018  .

The Loss Mitigation Period is terminated, effective  _____ .

*Revised 9/19/13*

2