UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

In Re:

Eileen Gwynn,

Debtor

**Order Filed on December 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     16-29106

Chapter:     13

Judge:     ABA


**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**


The relief set forth on the following page is hereby **ORDERED**.


**DATED: December 14, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  June 12, 2018_____ :

Property:        326 Cemetery Road, Mount Laurel, NJ  08054_____

Creditor:        PNC Bank, N.A._____

and a Request for

☑  Extension of the 90 day Loss Mitigation Period having been filed by  the debtor_____ , and for good cause shown

❑  Early Termination of the Loss Mitigation Period having been filed by  _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  03/09/2019_____ .

The Loss Mitigation Period is terminated, effective  _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-29106-ABA
Eileen Gwynn                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Dec 14, 2018
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db              +Eileen Gwynn,   326 Cemetery Road,   Mount Laurel, NJ 08054-4811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor   Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Andrew Thomas Archer    on behalf of Debtor Eileen  Gwynn aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jonathan C. Schwalb    on behalf of Creditor   BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
                                                                        TOTAL: 6