Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  16−29106−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eileen Gwynn
   326 Cemetery Road
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−5386

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     1/24/19
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
$1,312.50

EXPENSES
$80.00.

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: December 20, 2018
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-29106-ABA
Eileen Gwynn                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Dec 20, 2018
                              Form ID: 137             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
```
db            +Eileen Gwynn,    326 Cemetery Road,    Mount Laurel, NJ 08054-4811
516432845     +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,    Salt Lake City, UT 84109-1666
516481976     +Burlington County Special Civil Part,    49 Rancocas Road,    Mount Holly, NJ 08060-1317
516432848     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516432847     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516432846     +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516432851     +Citibank/Best Buy,    Po Box 6241,    Sioux Falls, SD 57117-6241
516432850     +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                St Louis, MO 63179-0040
516481973     +Harriets Energy Solutions,    101 South Main Street,    Medford NJ 08055-2443
516481977      Mercer County Special Civil Part,    Mercer County Central Finance Office,
                175 South road Sreet 1st FL,    PO Box 8068,    Trenton, NJ 08650-0068
516567124     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
516432852      Pnc Bank,    249 5th Sve Ste 30,    Pittsburgh, PA 15222
516432853     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516432854     +RBS Citizens Cc,    1 Citizens Dr,    Ms: Rop 15b,    Riverside, RI 02915-3035
516432855     +RBS Citizens Cc,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
516580181    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516481971     +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton NJ 08601-0046
516481975     +State of the Art Smiles,    560 A Lippincott Drive,    Marlton NJ 08053-4808
517231064     +U.S. Bank Trust National Association, as Trustee,    c/o BSI Financial Services,
                1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
517231065     +U.S. Bank Trust National Association, as Trustee,    c/o BSI Financial Services,
                1425 Greenway Drive, Ste 400,    Irving, TX 75038,    U.S. Bank Trust National Association, as,
                c/o BSI Financial Services 75038-2480
516467581      Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                1000 Blue Gentian Road,    Eagan, MN 55121-7700
516432857     +Wells Fargo Home Mor,    8480 Stagecoach Cir,    Frederick, MD 21701-4747
516432856      Wells Fargo Home Mor,    Written Correspondence Resolutions,    Mac#2302-04e Pob 10335,
                Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 00:01:54      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 00:01:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516455437      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Dec 21 2018 00:08:05
                BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
516440554     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 21 2018 00:08:43
                BMW Financial Services NA, LLC,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City OK 73118-7901
516481972     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 00:07:33      Cach LLc,
                4340 S. Monaco Street,    2nd Floor,    Denver CO 80237-3485
516713312     +E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 00:01:25      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
516481974     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2018 00:01:52      Midland Credit Management,
                Dept 12421,    PO Box 603,    Oaks PA 19456-0603
516434397      E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 00:07:19      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BSI Financial Services,    85 Broad Street
516432849*    +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 20, 2018
                              Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew Thomas Archer     on behalf of Debtor Eileen   Gwynn aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6
```