Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−29106−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Eileen Gwynn
  326 Cemetery Road
  Mount Laurel, NJ 08054

Social Security No.:
  xxx−xx−5386

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

  Please be advised that on April 30, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 101 − 100
Order Granting Application for Extension of Loss Mitigation (Related Doc # 100). Loss Mitigation Period Extended to: 8/1/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/30/2019. (cmf)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 30, 2019
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Eileen Gwynn  
    Debtor

Case No. 16-29106-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 30, 2019  
                    Form ID: orderntc     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr             BSI Financial Services,    85 Broad Street  
                                                                                            TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

            Andrew M. Lubin     on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
            Andrew Thomas Archer     on behalf of Debtor Eileen   Gwynn aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
            Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Isabel C. Balboa     ecfmail@standingtrustee.com,     summarymail@standingtrustee.com  
            Jonathan C. Schwalb     on behalf of Creditor    BSI Financial Services bankruptcy@friedmanvartolo.com  
            Kevin Gordon McDonald     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
                                                                                                             TOTAL: 6