| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br><br>Andrew T. Archer, Esquire<br>175 Richey Avenue<br>Collingswood, NJ  08107<br>(856) 963-5000<br>Attorney for Debtor(s)<br>005272008 | **Order Filed on April 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Eileen Gwynn,<br><br>Debtor | Case No.:  16-29106<br><br>Chapter:  13<br><br>Judge:  ABA |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 30, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  February 28, 2017  :

Property:       326 Cemetery Road, Mount Laurel, NJ  08054

Creditor:       Wells Fargo Bank now transferred to BSI Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by  the debtor ,
  and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by  _____ ,
  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  08/01/2019  .

The Loss Mitigation Period is terminated, effective  _____  .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Eileen Gwynn  
    Debtor

Case No. 16-29106-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 30, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.  
db          +Eileen Gwynn,   326 Cemetery Road,   Mount Laurel, NJ 08054-4811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:  
           Andrew M. Lubin     on behalf of Creditor     Wells Fargo Bank, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
           Andrew Thomas Archer     on behalf of Debtor Eileen  Gwynn aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
           Jonathan C. Schwalb     on behalf of Creditor     BSI Financial Services bankruptcy@friedmanvartolo.com  
           Kevin Gordon McDonald     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
                                                                                                         TOTAL: 6